UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

UNITED STATES OF AMERICA

- v. -

ANTHONY BOVE,

Defendant.

**INFORMATION**

16 Cr. 227

**COUNT ONE**
**(Federal Program Bribery)**

The United States Attorney charges:

Background

1. The City of Mount Vernon (the "City") is a city located in Westchester County, New York. The City annually receives in excess of $10,000 in federal funds from the United States government.

2. At all times relevant to this Information, ANTHONY BOVE, the defendant, was the Commissioner of the Board of Water Supply of the City of Mount Vernon (the "Water Department"). The Water Department's primary function is to serve the City's residents by providing an adequate supply of safe, potable water for domestic, industrial, and fire-fighting purposes; the Water Department is responsible for, among other things, monitoring and treating the City's water supply, repairing water main leaks, and reading water meters and

generating water bills. In accordance with the City Charter, the Commissioner of the Water Department is appointed by the City's Mayor, serves at the Mayor's pleasure, and reports directly to the Mayor as the head of one of the City's departments.

3. In or about the spring of 2015, ANTHONY BOVE, the defendant, solicited a $10,000 bribe from a Water Department employee ("Employee-1") in exchange for approving Employee-1's promotion within the Water Department.

4. In or about December 2014, Employee-1, who was then serving in a provisional capacity as the bookkeeper of the Water Department, took a civil service bookkeeping examination in order to become eligible for a permanent bookkeeping position at the Water Department.

5. After learning that he had passed the bookkeeping exam and tied for the highest score among those taking the test, Employee-1 completed the paperwork required to apply for the permanent bookkeeping position. Specifically, Employee-1 filled out a form titled "Report of Personnel" (the "Form"), which is a yellow form used by the City to initiate changes in a City employee's position and/or salary, and Employee-1 submitted the Form to ANTHONY BOVE, the defendant. In order for such a promotion to occur, a completed Form must be approved and signed

by the head of the relevant City department, in this case, BOVE, who at the time was the Water Commissioner.

6. ANTHONY BOVE, the defendant, did not sign the Form. Instead, on or about April 14, 2015, BOVE asked Employee-1 to meet him at Memorial Field in Mount Vernon. Employee-1 drove to Memorial Field, and met with BOVE (the "April 14 Meeting"). At Memorial Field, BOVE conveyed to Employee-1 that he would not approve Employee-1's promotion unless Employee-1 gave him $10,000, and that Employee-1 should give him half ($5,000) up front and pay the balance later. BOVE said, among other things, "Can you, can you come up with the five now?"; "Yeah yeah yeah, then give me another five and spread it out"; and "So give me like, fucking like 20 dollars every fucking paycheck or whatever, you know?"

7. Following the April 14 Meeting, ANTHONY BOVE, the defendant, called Employee-1 on multiple occasions, inquiring as to whether and when Employee-1 would pay him. Employee-1 did not make any payment to BOVE, and Employee-1's application Form seeking the permanent bookkeeping position remained unapproved. Ultimately, in or about the fall of 2015, after Mount Vernon's incumbent Mayor was defeated in the primary for the mayoral election, and prior to the change in administrations, BOVE

signed the Form approving Employee-1's promotion, without receiving any payment from Employee-1.

## Statutory Allegations

8. In or about the spring of 2015, in the Southern District of New York, ANTHONY BOVE, the defendant, being an agent of a local government and an agency thereof, corruptly solicited and demanded for the benefit of a person, and agreed to accept, a thing of value from a person, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of such government and agency involving a thing of value of $5,000 and more, while such government and agency was in receipt of, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, to wit, BOVE, being the Commissioner of the Board of Water Supply of the City of Mount Vernon, solicited and demanded the payment of approximately $10,000 from a Water Department employee in exchange for approving that employee's application for a promotion within the Water Department.

(Title 18, United States Code, Section 666(a)(1)(B).)

**COUNT TWO**
**(False Statement)**

The United States Attorney further charges:

Background

9. The allegations set forth in Paragraphs 1 through 8 of this Information are realleged and incorporated as though fully set forth herein.

10. On or about December 7, 2015, a Special Agent from the U.S. Department of Housing and Urban Development, Office of Inspector General, and a Criminal Investigator from the U.S. Attorney's Office for the Southern District of New York interviewed ANTHONY BOVE, the defendant, in connection with the matters discussed above. During the interview, BOVE lied to the investigating agents, stating, in sum and substance and among other things, that he had "never asked for money to approve a job promotion for someone in [his] department."

Statutory Allegations

11. On or about December 7, 2015, in the Southern District of New York, ANTHONY BOVE, the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, knowingly and willfully did make a materially false, fictitious, and fraudulent statement and representation, to wit, BOVE falsely stated to investigating

federal law enforcement officers that, among other things, he had never asked for money to approve a job promotion for an employee in the Water Department.

(Title 18, United States Code, Section 1001.)

PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANTHONY BOVE,

Defendant.

---

**INFORMATION**

16 Cr.

(18 U.S.C. §§ 666 & 1001)

PREET BHARARA
United States Attorney.

---

3/22/16 Information Filed.
Davison J.